IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CHRISTOPHER HEFFLIN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

1:05-CV-78 (WLS)

CRIMINAL CASE NO: 1:91-CR-17 (WLS)

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on July 15, 2005. (Doc. 2). It is recommended that Petitioner's attempt to vacate his sentence (Doc. 1) be dismissed without prejudice so that Petitioner may apply to the Eleventh Circuit Court of Appeals for authorization to proceed in this Court with a second or successive Motion under 28 U.S.C. § 2255. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 2) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's current petition (Doc. 1) is **DISMISSED without PREJUDICE**.

**SO ORDERED**, this ___20th___ day of August, 2008.

                                          /s/W. Louis Sands
                                      **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1